# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

JS 6

| Case No. | CV 15-6035 DSF (PJWx) | Date | 8/12/15 |
|---|---|---|---|
| Title | Dennis Stepp v. SimplexGrinnell L.P., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**       (In Chambers) Order REMANDING Case to State Court


This case was removed from state court based on diversity jurisdiction.  While the notice of removal goes through great lengths to allege the citizenship of the removing defendant, SimplexGrinnell L.P., it completely fails to allege the citizenship of Defendant Tyco International (USA) Inc.  Therefore, the case is REMANDED to the Superior Court of California, County of Los Angeles.


IT IS SO ORDERED.